# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**      )<br>                                                           )<br>            **Plaintiff,**                   )<br>                                                           )<br>      vs.                                              )<br>                                                           )<br>**ASUNCION LOPEZ-BARAJAS,**      )<br>                                                           )<br>            **Defendant.**                )    | **8:05CR129**<br><br>**ORDER** |

   This matter is before the court on the motion of Susan M. Bazis to withdraw as counsel for the defendant, Asuncion Lopez-Barajas (Lopez-Barajas) (Filing No. 24).  Since retained counsel, Deborah D. Cunningham, has entered an appearance for Lopez-Barajas (Filing No. 22), Ms. Bazis' motion to withdraw (Filing No. 24) is granted.

   Ms. Bazis shall forthwith provide Ms. Cunningham with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Bazis which are material to Lopez-Barajas' defense.

   **IT IS SO ORDERED.**

   DATED this 27th day of April, 2005.

BY THE COURT:

 s/Thomas D. Thalken<br>
United States Magistrate Judge
