IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR129 |
| | ) | |
| v. | ) | |
| | ) | |
| ASUNCION R. LOPEZ-BARAJAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Court has been advised that defendant Asuncion R. Lopez-Barajas wishes to enter a plea in this matter. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, August 4, 2005, at 11:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 22nd day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court