IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:05CR129
                               )
      v.                       )
                               )
ASUNCION R. LOPEZ-BARAJAS,     )        ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 33). Pursuant thereto,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Thursday, August 18, 2005, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 8th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court